JOSEPH BARTON, Jr., et al., Appellants, *v.* THE CITY OF SYRACUSE, Respondent.

(Argued December 14, 1881; decided January 17, 1882.)

*Isaac D. Garfield* for appellants.

*M. A. Knapp* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JAMES DUSENBERRY, Appellant, *v.* COLUMBUS W. SEELEY, Respondent.

(Argued December 15, 1881; decided January 17, 1882.)

DECIDED on the facts.

*Odle Close* and *George W. Hunt* for appellant.

*Calvin Frost* for respondent.

EARL, J., reads for affirmance.
All concur.
Judgment affirmed.